**Cyndee L. Peterson**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Cyndee.Peterson@usdoj.gov

**FILED**

JUN 07 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-26 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **ILLEGAL ALIEN IN POSSESSION OF AMMUNITION**<br>Title 18 U.S.C. § 922(g)(5)(A)<br>(Penalty: 10 years imprisonment, 250,000 fine, and at least three years supervised release) |
| **RICARDO ORTIZ CRUZ,** | |
| Defendant. | |
| | **CRIMINAL FORFEITURE**<br>18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

On or about May 14, 2018, in Lincoln County, in the State and District of

Montana, the defendant, RICARDO ORTIZ CRUZ, then being an alien illegally

1

and unlawfully in the United States, did knowingly possess .32 caliber ammunition that had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(5)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense listed in this indictment, the defendant, RICARDO ORTIZ CRUZ, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of 18 U.S.C. § 922(g).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant_____
Bail:_____
USM custody
Montana

2